ORIGINAL

KEVIN V. RYAN (CASB 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Tel. No. (415) 436-7161
Fax No. (415) 436-7169

Attorneys for
United States of America

RECEIVED
JUL 12 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 18 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. DOHERTY,<br><br>Defendant. | Case No. CR 93-0578 VRW<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON UNITED STATES' WRIT OF EXECUTION**<br><br>**ORDER APPROVING STIPULATION**<br><br>**Continued Hearing Date**<br><br>Date: September 5, 2006<br>Time: 10:30 a.m.<br>Ctrm: Hon. Vaughn Walker |

The United States of America and defendant Michael Doherty, by and through their respective counsel, stipulate to continue the hearing on the defendant's objection to the United States' Writ of Execution from its original date of July 25, 2006, to a continued date of September 5, 2006, at 10:30 a.m.

STIPULATION TO CONTINUE HEARING;
ORDER APPROVING STIPULATION
CR 93-0578

1 | So Stipulated

2

3 | KEVIN V. RYAN
United States Attorney

4

5 | Dated:     By:

STEPHEN L. JOHNSON
6 | Assistant U. S. Attorney
Attorneys for the United States of America

7

8

SHIFMAN GROUP, ATTORNEYS
9

10 | Dated: 7/10/06

11 | GAIL SHIFMAN
Attorneys for Michael Doherty

12

13 | **ORDER**

14 | The stipulation set forth above is approved.

15

16 | VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING;
ORDER APPROVING STIPULATION
CR 93-0578     -2-

1 | So Stipulated

KEVIN V. RYAN
United States Attorney

5 | Dated: 7/12/06      By: *Stephen Johnson*
STEPHEN L. JOHNSON
Assistant U. S. Attorney
Attorneys for the United States of America

SHIFMAN GROUP, ATTORNEYS

Dated:
GAIL SHIFMAN
Attorneys for Michael Doherty

**ORDER**

The stipulation set forth above is approved.

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING;
ORDER APPROVING STIPULATION
CR 93-0578                               -2-