SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (SBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Tel. No. (415) 436-7161
Fax No. (415) 436-7169

Attorneys for
United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR 93-0578 VRW |
|  Plaintiff, | ) |
| v. | ) **ORDER APPROVING SECOND** |
|  | ) **STIPULATION RE PROCEEDS OF** |
| MICHAEL J. DOHERTY, | ) **SALE OF REAL PROPERTY** |
|  Defendant. | ) **[2041 Seville Drive, Napa, California]** |
| | ) |

**ORDER APPROVING SECOND STIPULATION
RE PROCEEDS OF SALE OF REAL PROPERTY
[PROPOSED]**

   The Court, having considered the Stipulation re Proceeds from Sale of Real Property, which arises out of a proposed sale of defendant's real property located at 2041 Seville Drive, Napa, California (the "Property"), the stipulation having been executed by the United States and

ORDER APPROVING SECOND STIPULATION
RE PROCEEDS OF SALE OF REAL PROPERTY
CR 93-0578

1  defendant's counsel, and good cause appearing, hereby ORDERS as follows:

2      1.    The Stipulation is approved; and

3      2.    The Clerk of Court for the Northern District of California shall accept from the title company identified in the sale documents for the Property, a check in the amount of the net proceeds of the sale of 2041 Seville Drive, Napa, California, made payable to "Clerk, United States District Court," and to hold such funds in the Clerk's Registry, including interest earned thereon, pending the further order of this Court.

DATED: August 28, 2007



_____
VAUGHN R WALKER
CHIEF UNITED STATES DISTRICT JUDGE