1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEPHEN L. JOHNSON (SBN 145771)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Tel. No. (415) 436-7161
7  Fax No. (415) 436-7169

8
   Attorneys for
9  United States of America

10

11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
                    **SAN FRANCISCO DIVISION**
14

15
   UNITED STATES OF AMERICA,        ) Case No.  CR 93-0578 VRW
16                                  )
       Plaintiff,                   )
17                                  ) **ORDER APPROVING**
   v.                               )
18                                  ) **STIPULATION FOR ORDER**
   MICHAEL J. DOHERTY,              ) **AUTHORIZING CLERK OF THE**
19                                  ) **COURT TO ACCEPT $7,397.83 FROM**
       Defendant.                   ) **DEFENDANT AND DEPOSIT IN**
20                                  ) **CLERK'S REGISTRY**
                                    )
21  _____)

22

23     The Court, having considered the Stipulation for Order Authorizing Clerk of the Court to

24  Accept $7,397.83 from Defendant and Deposit in Clerk's Registry, the stipulation having been

25  executed by the United States and defendant's counsel, and good cause appearing, hereby

26  ORDERS as follows:

27        1.     The Stipulation is approved; and

28        2.     The Clerk of Court for the Northern District of California shall accept a check for

   ORDER APPROVING STIPULATION
   CR 93-0578

1  $7,397.83, made payable to "Clerk, United States District Court," and to deposit and hold such
2  funds in the Clerk's Registry, including interest earned thereon, pending the further order of this
3  Court.

4  DATED: October 31, 2007



VAUGHN R WALKER
CHIEF UNITED STATES DISTRICT JUDGE

ORDER APPROVING STIPULATION
CR 93-0578                           -2-